**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Rudie D. Baldwin, Esq. (Bar No. 245218)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com
ESIS0019

Attorneys for Defendant, **FESTIVAL FUN PARKS, LLC dba CASTLE PARK** (erroneously sued as Centaur Holdings United States, Inc. dba Palace Entertainment)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ASHLEY CLAAR and ROYALTY MOTEN, by and through her Guardian ad Litem, PAUL MOTEN,<br><br>Plaintiffs,<br><br>v.<br><br>CENTAUR HOLDINGS UNITED STATES, INC. dba PALACE ENTERTAINMENT, and DOES 1 to 10,<br><br>Defendants. | CASE NO. 5:22-cv-00742<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 and 1446 (DIVERSITY); DEMAND FOR JURY TRIAL; DECLARATION OF RUDIE D. BALDWIN**<br><br>Complaint Filed: December 21, 2021<br>Trial Date: None |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION:**

PLEASE TAKE NOTICE that Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK (erroneously sued as Centaur Holdings United States, Inc. dba Palace Entertainment) ("Defendant") hereby removes the above-entitled action to the United States District Court for the Central District of California, Eastern Division, pursuant to 28 U.S. Code §§ 1441 and 1446. As grounds for removal, Defendant respectfully states:

/ / /

/ / /

## BACKGROUND

1. On or about December 21, 2021, Plaintiffs, ASHLEY CLAAR and ROYALTY MOTEN ("Plaintiffs") commenced a civil action in the Superior Court of the State of California for the County of Riverside, captioned *Ashley Claar and Royalty Moten Attorneys for Plaintiffs, ASHLEY CLAAR and ROYALTY MOTEN by and through her Guardian ad Litem, PAUL MOTEN v. Centaur Holdings United States, Inc. dba Palace Entertainment* Case No. CVRI2105736 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process on April 1, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.

3. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. Hansford v. Stone-Ordean-Wells Co. (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

4. Defendant has not pled, answered, or otherwise appeared in the State Court Action.

## JURISDICTION

5. This matter is removed to the United States District Court for the Central District of California, Eastern Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6. Defendant is informed and believes that Plaintiffs are individuals, residing in the State of California.

7. Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK was, and currently is, incorporated in the State of Delaware (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** State of Delaware Entity Details). In addition, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK has its principal place of business in West Mifflin, PA (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** Notice of Change of Address and Screenshot from Website).

8. Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

9. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that the ride started without warning and pulled Plaintiff by her sweatshirt under the car of the ride at Castle Park, (County of Riverside), Riverside, California, on January 25, 2020 (See **Exhibit "A"**, Complaint, Paragraph L-1, Page 4).

10. Plaintiffs, ASHLEY CLAAR and ROYALTY MOTEN, claim that they suffered injuries and damages as a result of the alleged incident. Plaintiff's counsel has represented that the amount in controversy exceeds $75,000 in a Statement of Damages served in the State Court action. (See Declaration of Rudie D. Baldwin, and Exhibit "C" Plaintiff's Statement of Damages for over $1,000,000). As such, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

11. No proceedings have taken place in the State Court to which Defendant had notice.

12. Neither answers nor other responsive pleadings have been filed in the State Court action.

13. The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

14. $1,000,000 per a Statement of Damages filed in the State Court action. (See Declaration of Rudie D. Baldwin, and **Exhibit "C"**).

## NOTICE

15. Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Riverside, which will be filed in that Court. (See Declaration of Rudie D. Baldwin, and **Exhibit "E"**.

## DEMAND FOR JURY TRIAL

16. Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK hereby respectfully demands a trial by jury.

DATED: April 26, 2022         AMARO | BALDWIN

By _____
RUDIE D. BALDWIN
Attorneys for Defendant,
FESTIVAL FUN PARKS, LLC DBA
CASTLE PARK

## DECLARATION OF RUDIE D. BALDWIN

I, RUDIE D. BALDWIN, declare:

I am an attorney, duly licensed to practice law in all the courts of the State of California and am a partner in the law firm of Amaro | Baldwin LLP, attorneys of record for Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK (erroneously sued as Centaur Holdings United States, Inc. dba Palace Entertainment) ("Defendant").  As such, I have personal knowledge of the files and pleadings in this matter, as well as the facts stated below.  If called upon as a witness, I could and would competently testify as follows:

## BACKGROUND

1. On or about December 21, 2021, Plaintiffs, ASHLEY CLAAR and ROYALTY MOTEN ("Plaintiffs") commenced a civil action in the Superior Court of the State of California for the County of Riverside, captioned *Ashley Claar and Royalty Moten, by and through her Guardian ad Litem, Paul Moten v. Centaur Holdings Unites States, Inc. dba Palace Entertainment.*  Case No. CVRI205736 (the "State Court Action").  A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process on April 1, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.  A true and accurate copy of the Notice of Service is attached hereto as **Exhibit "B"**.

3. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. Hansford v. Stone-Ordean-Wells Co. (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

4. Defendant has not pled, answered, or otherwise appeared in the State

Court Action.

## JURISDICTION

5.   This matter is removed to the United States District Court for the Central District of California, Eastern Division, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6.   Defendant is informed and believes that Plaintiff is an individual, residing in the State of California.

7.   Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK was, and currently is, incorporated in the State of Delaware. A true and accurate copy of the State of Delaware Entity Details is attached hereto as **Exhibit "D"**. In addition, Defendant, FESTIVAL FUN PARKS, LLC dba CASTLE PARK has its principal place of business in West Mifflin, PA. A true and accurate copies of Defendant's Notice of Change of Address and Screenshot from its Website are attached hereto as **Exhibit "D".**

8.   Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

9.   The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that the ride started without waning and pulled Plaintiff by her sweatshirt under the care of the ride at Castle Park, (County of Riverside), California, on January 25, 2020 (See **Exhibit "A"**, Complaint, Paragraph L-1, Page 4). (See **Exhibit "A"**, Complaint, Paragraph L-1, Page 4).

10.   Plaintiffs, ASHLEY CLAAR and ROYALTY MOTEN, claim that they

1  suffered injuries and damages. Plaintiff's counsel has represented that the amount in
2  controversy exceeds $75,000 in a Statement of Damages served in the State Court
3  action. (See Declaration of Rudie D. Baldwin, and Exhibit "C" Plaintiff's Statement
4  of Damages for over $3,500,000). As such, the amount in controversy exceeds the
5  sum of Seventy-Five Thousand Dollars ($75,000).

6      11. No proceedings have taken place in the State Court to which Defendant had
7  notice.

8      12. Neither answers nor other responsive pleadings have been filed in the State
9  Court action.

10     13.   The underlying State Court action is one in which this Court has original
11 jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be
12 removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§
13 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds
14 the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs,
15 and is between entities of different states.

16 **AMOUNT IN CONTROVERSY**

17     14.   Over $1,000,000 per a Statement of Damages filed in the State Court
18 action. A true and accurate copy of Statement of Damages is attached hereto as
19 **Exhibit "C"**.

20 **NOTICE**

21     15.   Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to
22 Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior
23 Court of San Bernardino, which will be filed in that Court. A true and correct copy of
24 such notice is attached as **Exhibit "E"**.

25 **DEMAND FOR JURY TRIAL**

26     16.   Pursuant to the Seventh Amendment to the United States Constitution
27 and Rule 38(b) of the <u>Federal Rules of Civil Procedure</u>, Defendant, FESTIVAL FUN
28

PARKS, LLC dba CASTLE PARK, LLC hereby respectfully demands a trial by jury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on April 29, 2022, at Long Beach, California.

*[signature]*

RUDIE D. BALDWIN, Declarant